# Third District Court of Appeal

## State of Florida

Opinion filed January 4, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2211
Lower Tribunal No. 18-742-A-K
_____

**Jason Robinson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Mark H. Jones, Judge.

David M. Lamos (Ft. Pierce), for appellant.

Ashley Moody, Attorney General and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before LINDSEY, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.